# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE CALDERON,<br><br>    Plaintiff,<br><br>    v.<br><br>MAGDY DANIALS, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-01734-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PENDING FINDINGS AND RECOMMENDATIONS<br><br>[ECF No. 10] |

Plaintiff Jose Guadalupe Calderon is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for an extension of time to file objections to the pending Findings and Recommendations, filed on January 21, 2020.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file objections.

IT IS SO ORDERED.

Dated: **January 23, 2020**

UNITED STATES MAGISTRATE JUDGE

1