# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE CALDERON,<br><br>    Plaintiff,<br><br>v.<br><br>MAGDY DANIALS, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-01734-DAD-SAB (PC)<br><br>Appeal No. 20-15771<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL<br><br>(ECF No. 27) |

Plaintiff Jose Guadalupe Calderon is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 8, 2020, the Court dismissed this action for failure to state a cognizable claim for relief. (ECF. Nos. 22, 23.) On April 23, 2020, Plaintiff filed a notice of appeal. (ECF. No. 24.)

On April 24, 2020, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). (ECF No. 27.) The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: __April 24, 2020__

UNITED STATES MAGISTRATE JUDGE

1