UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE CALDERON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAGDY DANIALS, et.al.,<br><br>　　　　　Defendants.`1 | Case No.: 1:19-cv-01734-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS, AS UNNECESSARY<br><br>[ECF No. 29] |

On April 8, 2020, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed for failure to state a cognizable for review and judgment was entered.  (ECF Nos. 22, 23.)

Currently before the Court is Plaintiff's motion for a copy of the transcripts, filed May 6, 2020.

Plaintiff requests any necessary transcripts relative to his appeal to the United States Court of Appeals for the Ninth Circuit.  Plaintiff is advised no transcripts were produced and/or necessary in relation to his notice of appeal.  Accordingly, Plaintiff's motion for transcripts is DENIED as unnecessary.

IT IS SO ORDERED.

Dated:   **May 8, 2020**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1